# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano,
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162330(56)

RIVERBROOK,
      Plaintiff-Appellee,

v

ABIMBOLA FABODE and All Other
Occupants,
      Defendant-Appellant.

_____/

SC: 162330
COA: 349065
Macomb CC: 2018-000274-AV

On order of the Chief Justice, the joint motion of the Fair Housing Center of Southeast and Mid-Michigan, the Fair Housing Center of Southwest Michigan, and the Fair Housing Center of West Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on January 22, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____January 27, 2021_____    

                                                         Clerk